James A. Lassart - 40913
    JLassart@mpbf.com
Nicholas Larson - 275870
    NLarson@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Telephone:    (415) 788-1900
Facsimile:    (415) 393-8087

Attorneys for Defendant
JACK RAY SNYDER

MCGREGOR W. SCOTT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JACK RAY SNYDER,<br><br>    Defendant. | Case No.: 2:18-CR-00203 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |

- 1 -

COMES NOW the parties, by and through their attorneys of record James A. Lassart from the law firm of Murphy, Pearson, Bradley & Feeney, and Assistant United States Attorney Roger Yang, from the United States Attorney's Office, jointly stipulate and move to continue the Status Conference currently set for March 18, 2019 at 9:00 a.m. to May 6, 2019 at 9:00 a.m. under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

1.      Counsel for the defendant needs additional time to go through the discovery and meet with the client, as well as to conduct their own investigation.  Discovery in this matter is voluminous, consisting of 14,430 Bates stamped pages. There are also 2 video and audio CDs. Defense counsel needs time to continue reviewing discovery, to continue to consult with his client, to review the current charges, to conduct investigation and research related to the charges and to discuss potential resolutions with his client and otherwise prepare for trial.

2.      Defense counsel believes that failure to grant the above-requested continuance would deny him reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3.      The government does not object to the continuance.

4.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 18, 2019 to May 6, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED

Dated: March 15, 2019

MURPHY, PEARSON, BRADLEY & FEENEY

By  /s/ James A. Lassart
    James A. Lassart
    Attorneys for Defendant
    JACK RAY SNYDER

McGREGOR W. SCOTT
United States Attorney

By  /s/ Roger Yang
    Roger Yang
    Assistant United States Attorney

**IT IS SO ORDERED.**

**Dated:  March 15, 2019**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE