James A. Lassart - 40913
JLassart@mpbf.com
Nicholas Larson - 275870
NLarson@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Telephone: (415) 788-1900
Facsimile: (415) 393-8087

Attorneys for Defendant
JACK RAY SNYDER

MCGREGOR W. SCOTT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JACK RAY SNYDER,<br><br>　　　　　Defendant. | Case No.: 2:18-CR-00203 WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

COMES NOW the parties, by and through their attorneys of record James A. Lassart from the law firm of Murphy, Pearson, Bradley & Feeney, and Assistant United States Attorney Roger Yang, from the United States Attorney's Office, jointly stipulate and move to continue the Status Conference currently set for December 9, 2019 to January 21, 2020 and to exclude time under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

1. Counsel for the defendant needs additional time to go through the discovery and meet with the client, as well as to conduct their own investigation. Discovery in this matter is voluminous, consisting of 14,430 Bates stamped pages and additional discovery has recently been provided which promises to be helpful in the resolution of this matter. There are also 2 video and audio CDs. Defense counsel needs additional time to continue reviewing discovery, to continue to consult with his client, to consult with consultant, to review the current charges, to conduct investigation and research related to the charges and to discuss potential resolutions including restitution with his client and otherwise prepare for trial.

2. Counsel for the defendant is unavailable and engaged in the preparation for and an administrative hearing from December 17 through December 19, 2019.

3. Defense counsel believes that failure to grant the above-requested continuance would deny him reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government does not object to the continuance.

5. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 9, 2019 to January 21, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and

the defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED


Dated: December 3, 2019

                                         MURPHY, PEARSON, BRADLEY & FEENEY


                                         By /s/ James A. Lassart
                                             James A. Lassart
                                             Attorneys for Defendant
                                             JACK RAY SNYDER


                                         McGREGOR W. SCOTT
                                         United States Attorney


                                         By /s/ Roger Yang
                                             Roger Yang
                                             Assistant United States Attorney

3601498

**IT IS SO ORDERED**

**Dated: December 3, 2019**

                                         WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE