MCGREGOR W. SCOTT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JACK RAY SNYDER,<br><br>                Defendants. | CASE NO. 2:18-CR-00203 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXCLUDE TIME<br><br>DATE: January 21, 2020<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

## **STIPULATION**

1. On January 21, 2020, the parties appeared for a status conference before the Court.

2. During the conference, the defense requested a briefing schedule to file a motion to dismiss regarding Count One. The Court gave the parties the following motion schedule: filing of the motion on February 18, 2020, an opposition due March 3, 2020, and a reply brief due March 10, 2020. The Court set a hearing date of March 23, 2020.

3. The parties stated that the government produced, at the defense's request, a summary of voluminous evidence, and defense investigation of the summary and the evidence is a further reason for continuing the status conference to April 27, 2020.

4. The parties agree and stipulate, and request that the Court find the following:

    a. Both parties are investigating facts that would affect sentencing.

    b. The motion to dismiss and the Court's ruling on the motion to dismiss will affect

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME

1

sentencing in this case.

      c. Counsel for the defendant believes that the time between January 21, 2020 and April 27, 2020 should be excludable to maintain continuity of counsel and for reasonable time for effective preparation.

      d. The government agrees to the continuance.

      e. The ends of justice served by continuing the case outweigh the interest of the public and the defendant in a speedy trial.

      f. For the purposes of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period of February 18, 2020 to the Court's decision on the motion to dismiss should be deemed excludable under 18 U.S.C. § 3161(h)(1)(D) [Local Code E].

      g. For the purposes of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period of January 21, 2020 to April 27, 2020, inclusive, should also be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), 3161(h)(7)(B)(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: January 21, 2020        McGREGOR W. SCOTT
United States Attorney

By: /s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

Dated: January 21, 2020

By: /s/ JAMES A. LASSART

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME

2

JAMES A. LASSART

Counsel for the Defendant

**<u>ORDER</u>**

**IT IS SO ORDERED.**

Dated: January 21, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE