James A. Lassart - 40913
JLassart@mpbf.com
Nicholas Larson - 275870
NLarson@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
580 California Street, Suite 1100
San Francisco, CA  94104
Telephone:	(415) 788-1900
Facsimile:	(415) 393-8087

Attorneys for Defendant
JACK RAY SNYDER

PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>JACK RAY SNYDER,<br><br>             Defendant. | Case No.: 2:18-CR-00203 WBS<br><br>**STIPULATION AND ORDER MODIFYING TERMS OF HOME DETENTION AND SUPERVISED RELEASE** |

COMES NOW the parties, by and through their attorneys of record James A. Lassart from the law firm of Murphy, Pearson, Bradley & Feeney, and Assistant United States Attorney Roger Yang, from the United States Attorney's Office, jointly stipulate and move to modify the terms of Defendant's home detention and supervised release.

The parties agree and stipulate, and request that the Court find the following:

1. Dr. Jack Snyder has completed his custodial time as imposed in his sentence, has paid all fines, and has completely paid all restitution owed;

2. At the time of his sentencing, the Court directed that the defendant's home detention portion of the sentence be served in his home in the State of Florida. However, the Bureau of Prisons has released him to probation supervision in California and requires that he only be released to California at his former residence in Truckee, California to complete home detention;

3. Dr. Snyder is in compliance with all the terms of his supervised release since his incarceration in Herlong, California. Dr. Snyder is now being supervised by probation officer Vladimir Pajcin;

4. Mr. Pajcin has been informed that this proposed Stipulation and Order is being forwarded to the Court;

5. Dr. Snyder, a 64-year-old man, is now suffering from health issues. The most serious of which arose during his incarceration and is a large stomach hernia that requires surgery.

6. Dr. Snyder's particular professional skills provides a unique treatment service to animals. His services are in great demand throughout the United States.

7. After Dr. Snyder's plea in this matter and before his sentence, Dr. Snyder was allowed to travel internationally to Japan to assist with the Olympic equestrians' horses. Dr. Snyder completed those services and promptly returned for his appearance to be sentenced.

8. Throughout this matter Dr. Snyder was on his own recognizance and diligently complied with all Court requirements.

9. It is the request of the parties that the Court direct that Dr. Jack Snyder's home detention be converted to his supervised release in Florida, and that the present condition of his

supervised release restricting his travel be modified to allow his travel for the purpose of his employment to treat animals throughout the United States.  He is further ordered to provide reasonable notice of work-related travel to his supervising probation officer, sufficient to receive at least an oral acknowledgment and approval from U.S. Probation.

IT IS SO STIPULATED

Dated: February 25, 2022        MURPHY, PEARSON, BRADLEY & FEENEY


By  /s/ James A. Lassart
    James A. Lassart
    Attorneys for Defendant
    JACK RAY SNYDER


Dated: February 25, 20202        PHILLIP A. TALBERT
                                 United States Attorney


By  /s/ Roger Yang
    Roger Yang
    Assistant United States Attorney

4275715

**IT IS SO ORDERED.**

Dated:  February 28, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE