James A. Lassart - 40913
JLassart@mpbf.com
Nicholas Larson - 275870
NLarson@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
580 California Street, Suite 1100
San Francisco, CA  94104
Telephone:    (415) 788-1900
Facsimile:    (415) 393-8087

Attorneys for Defendant
JACK RAY SNYDER

PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JACK RAY SNYDER,<br><br>    Defendant. | Case No.: 2:18-CR-00203 WBS<br><br>**STIPULATION AND ORDER MODIFYING TERMS OF HOME DETENTION AND SUPERVISED RELEASE** |

COMES NOW the parties, by and through their attorneys of record James A. Lassart from the law firm of Murphy, Pearson, Bradley & Feeney, and Assistant United States Attorney Roger Yang, from the United States Attorney's Office, jointly stipulate and move to modify the terms of Defendant's home detention and supervised release.

The parties agree and stipulate, and request that the Court find the following:

1. Dr. Jack Snyder has completed his custodial time as imposed in his sentence, has paid all fines, and has completely paid all restitution owed;

2. Dr. Snyder is in compliance with all the terms of his supervised release since his incarceration in Herlong, California. Dr. Snyder is now being supervised by probation officer Vladimir Pajcin;

3. Mr. Pajcin is in agreement with this modification and has been informed that this proposed Stipulation and Order is being forwarded to the Court;

4. Dr. Snyder's particular professional skills provides a unique treatment service to animals. His services are in great demand throughout the United States and Internationally.

5. Certain of his patients are, absent his treatments, in danger of being euthanized.

6. After Dr. Snyder's plea in this matter and before his sentence, Dr. Snyder was allowed to travel internationally to Japan to assist with the Olympic equestrians' horses. Dr. Snyder completed those services and promptly returned for his appearance to be sentenced.

7. It is the request of the parties that the Court direct that Dr. Jack Snyder's present condition of his supervised release allowing his travel throughout the United States for the purpose of his employment to treat animals be modified to also allow International travel without permission from probation but only supplying reasonable notice to his probation supervisor.

8. Throughout this matter Dr. Snyder was on his own recognizance and diligently complied with all Court requirements.

IT IS SO STIPULATED

Dated: April 5, 2022

    MURPHY, PEARSON, BRADLEY & FEENEY

By /s/ James A. Lassart
James A. Lassart
Attorneys for Defendant
JACK RAY SNYDER

Dated: April 5, 20202

    PHILLIP A. TALBERT
    United States Attorney

By /s/ Roger Yang
Roger Yang
Assistant United States Attorney

4275715

**IT IS SO ORDERED**

**Dated:** April 5, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER      CASE NO. 2:18-CR-00203-WBS